UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CALVIN BROWN,

        Plaintiff,

        v.                                     Case No. 20-cv-0206-bhl

KEVIN CARR, et al.,

        Defendants.

---

## ORDER

---

    Plaintiff Calvin Brown, who is representing himself, filed his third motion/request to amend or correct the complaint. Dkt. No. 27. In a prior order, the Court advised Brown to move this case forward with the defendants and claims identified in the screening order, and explained that any further motions to amend the complaint would be summarily denied. Dkt. No. 26 at 2. In response, Brown explains that he is not "seeking to add new allegations or new defendants" but only to "clarify what he has alleged." Dkt. No. 27. The Court will deny the motion as unnecessary because a complaint must only give the defendants notice of the claims against them. The Court has already concluded that the complaint satisfies this standard; thus, Brown need not "clarify" his allegations. The Court warns Brown that filing repetitive and unnecessary motions wastes judicial resources and may lead to sanctions, including dismissal of the case.

    **IT IS THEREFORE ORDERED** that the plaintiff's motion to amend/correct the complaint (Dkt. No. 27) is **DENIED**. The plaintiff is **WARNED** that filing unnecessary and repetitive motions may lead to sanctions, including dismissal of the case.

    Dated at Milwaukee, Wisconsin this 1st day of March, 2021.

                                                                     s/ *Brett H. Ludwig*
                                                                     Brett H. Ludwig
                                                                       United States District Judge